UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATRICIA A. SANFORD, ) | |
| (Social Security No. XXX-XX-9628), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-cv-57-WGH-RLY |
| ) | |
| LINDA S. McMAHON, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT ENTRY

After oral argument held before the court on January 31, 2007, and for the reasons outlined in the Findings transcribed and attached hereto, this case is hereby **REMANDED** for further proceedings.

**Entered:** February 8, 2007

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Eric Joseph Yocum
eric_yocum@msn.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov